**6**

David P. Cusick, #160467, Trustee
Neil Enmark, #159185, attorney for Trustee
Kristen A. Koo, #230856, attorney for Trustee
P. O Box 1858
Sacramento, CA 95812-1858
(916) 856-8000

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| In Re: | Case No: 25-20166-A-13C |
|---|---|
| Yong Chi | |
| | NOTICE OF FILED CLAIMS |
| Debtor(s) | |

In accordance with Local Bankruptcy Rule 3007-1(d)(2), David P. Cusick, Chapter 13 Trustee, has compiled a list of filed claims in this case.

(1) Prior to the expiration of the deadline to object to proofs of claims applicable in chapter 13 cases, set in Subpart(d)(3) below, the Trustee shall pay a claim as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to such claim that is set for hearing within sixty (60) days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the claim. If the objection is overruled, at the request of the claimant or the Trustee, the Court may make provision for payment of any dividends not paid while the objection was pending.

(2) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 days after the order for relief or 180 days after plan confirmation.

(3) Objections to claims shall be filed and served no later than sixty (60) days after service of the Notice of Filed Claims. The debtor shall set a hearing on any objection pursuant to LBR 3007-1(b)(1) or (b)(2) on the earliest available court date.

(4) Nothing herein shall prevent the debtor, the Trustee, or any other party-in-interest from objecting to a proof of claim after the expiration of the dealine for objections specified in the subparagraph (d)(3) above. However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

Filed 09/25/25     Case 25-20166     Doc 52
25-20166-A-13C

(5) If the Notice of Filed Claims includes allowed claims that are not provided for in the chapter 13 plan, or that will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and lien avoidance motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code. These motions shall be filed and served no later than ninety (90) days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available Court date.

(6) Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(7) If the Court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the Court. It is unnecessary for the Trustee or the debtor to file a claim objection in addition to the motion valuing the collateral. If the creditor has filed or later files a proof of a secured claim in an amount less than the value established for the collateral, the allowed secured claim shall be the amount claimed by the creditor.

(8) If the Court enters an order avoiding the judicial lien or nonpossessory, nonpurchase money security interest of a creditor and the creditor has filed or later files proof of a secured claim that identifies as security only the avoided lien or security interest, the claim shall be allowed as a general unsecured claim. It is unneccessary for the Trustee or the debtor to file a claim objection in addition to the lien avoidance motion.

**REVIEW THE COURT RECORDS. The Chapter 13 Trustee makes no warranty as to information herein. The information may be incorrect or incomplete.**

This notice contains information regarding filed claims and their treatment through the plan. The debtor should note these dates:

Chapter 13 Filed      Thu   January 16, 2025
First 341 Hearing     Thu   February 20, 2025
Confirmation Date     Wed   Apr 9, 2025
Bar Date/Govt Bar     Thu   March 27, 2025  /  Tue  July 15, 2025

**"Scheduled"**       refers to the amount listed for the debt in the Schedule of Creditors filed at Court.
**"Filed"**           refers to the amount listed in the claim filed by or on behalf of the creditor.
**"Amt Per Plan"**    refers to the amount according to the plan.
**"Not Provided"**    refers to a claim amount not provided for by the Plan.
**"Special Notices"** refers to parties who may be entitled to special notice.

All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

Dated: September 25, 2025

/s/ DAVID P. CUSICK

DAVID P. CUSICK
CHAPTER 13 TRUSTEE

Claim No.:1----CENTERPOINT PROPERTIES TRUST----Class:UNSECURED
    Address: 1808 SWIFT DRIVE  OAKBROOK, IL  60523
    Account No.:                                        Date Filed:    Mar 25, 2025
    Scheduled:     $1.00                         Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:              $756,790.75              Pay Percent:  0.20
                                                                  Note:

Claim No.:12----CenterPoint Properties Trust----Class:SECURED - TO BE SURRENDERED
    Address: Fried Williams Grice Conner LLP  1939 Harrison St Ste 460  Oakland CA 94612 , 94612
    Account No.:                                        Date Filed:
    Scheduled:     $0.00                         Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:              $0.00                          Pay Percent:  0.00
                                                                  Note:

Claim No.:5----DOLAN LAW FIRM----Class:UNSECURED
    Address: 1438 MARKET STREET  SAN FRANCISCO, CA  94102
    Account No.:                                        Date Filed:    Mar 27, 2025
    Scheduled:     $17,000,000.00         Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:              $17,134,240.60         Pay Percent:  0.20
                                                                  Note:  JOSEPH CERRATO/JUANITA CERRA

Claim No.:3----Franchise Tax Board----Class:PRIORITY
    Address: Bankruptcy Unit  PO Box 2952 MS A-340  Sacramento CA 95812-2952 , 95812-2952
    Account No.:                                        Date Filed:
    Scheduled:     $1.00                         Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:              NO CLAIM FILED         Pay Percent:  100.00
                                                                  Note:

Claim No.:4----INTERNAL REVENUE SERVICE----Class:PRIORITY
    Address: P O BOX 7317  PHILADELPHIA, PA  19101-7317
    Account No.:2141                             Date Filed:    Mar 04, 2025
    Scheduled:     $0.00                         Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:              $0.00                          Pay Percent:  100.00
                                                                  Note: *2024

Claim No.:2----JP MORGAN CHASE BANK NA----Class:SECURED - TO BE PAID OUTSIDE PLAN
    Address: 3415 VISION DR  DEPT OH4-7142  COLUMBUS, OH  43219
    Account No.:1944                             Date Filed:    Mar 27, 2025
    Scheduled:     DIRECT PAY               Monthly Pmt:$2,332.00    Int. Rate: 0.00
    Filed:                                                Pay Percent:  0.00
                                                                  Note: +6117 DEMONTE WAY

Claim No.:14----JP MORGAN CHASE BANK NA----Class:SECURED - NOT PROVIDED FOR BY PLAN
    Address: 3415 VISION DR  DEPT OH4-7142  COLUMBUS, OH  43219
    Account No.:1944                             Date Filed:    Mar 27, 2025
    Scheduled:     $0.00                         Monthly Pmt:$0.00          Int. Rate: 0.00
    Filed:              $1,431.76                   Pay Percent:  100.00
                                                                  Note: NPF/6117 DEMONTE WAY/DT ARRS

Claim No.:11----Mark A. Wolff----Class:Court Matrix
    Address: 8861 WILLIAMSON DR #30 ELK GROVE, CA 95624-7920
    Account No.:                                    Date Filed:
    Scheduled:     $0.00                    Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:           $0.00                    Pay Percent:  100.00
                                            Note:

Claim No.:6----The Dunnion Law Firm----Class:Court Matrix
    Address: 2711 Garden Road Monterey CA 93940 , 93940
    Account No.:                                    Date Filed:
    Scheduled:     $0.00                    Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:           $0.00                    Pay Percent:  100.00
                                            Note:

Claim No.:8----United States Department of Justice----Class:Court Matrix
    Address: Civil Trial Section Western Region Box 683 Ben Franklin Station Washington DC 20044 , 20044
    Account No.:                                    Date Filed:
    Scheduled:     $0.00                    Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:           $0.00                    Pay Percent:  100.00
                                            Note:

Claim No.:7----US Attorney----Class:Court Matrix
    Address: For the Internal Revenue Service 501 I Street Suite 10-100 Sacramento CA 95814 , 95814
    Account No.:                                    Date Filed:
    Scheduled:     $0.00                    Monthly Pmt:$0.00       Int. Rate: 0.00
    Filed:           $0.00                    Pay Percent:  100.00
                                            Note:

**TOTALS:** (not including interest, trustee fees, or debtor's attorney fees)

|  | Secured | Priority | Unsecured |
|---|---|---|---|
| Filed: | $ 0.00 | $ 0.00 | $ 17,891,031.35 |

Claim No.:13----CLARK HILL PLC----Class:SPECIAL NOTICE
    Address: 130 E. RANDOLPH ST SUITE 3900 CHICAGO, IL 60601
    Account No.:                                    Date Filed:
    Scheduled:      $0.00
    Filed:                                           Pay Percent: 100.00

Claim No.:9----Yashi Ruan----Class:SPECIAL NOTICE
    Address: 6117 Demonte Way Elk Grove CA 95757 , 95757
    Account No.:                                    Date Filed:
    Scheduled:      $0.00
    Filed:                                           Pay Percent: 100.00

Claim No.:10----Yongs Logistics Inc----Class:SPECIAL NOTICE
    Address: 4450 Tidewater Aver Oakland CA 94601 , 94601
    Account No.:                                    Date Filed:
    Scheduled:      $0.00
    Filed:                                         Pay Percent: 100.00

## DEBTOR'S ATTORNEY

WOLFF & WOLFF----Class:ATTORNEY FEE
    Address: 8861 WILLIAMSON DR SUITE 30 ELK GROVE, CA 95624
    Amt per Plan: $10,210.00