David P. Cusick, #160467, Trustee
Neil Enmark, #159185, attorney for Trustee
Kristen A. Koo, #230856, attorney for Trustee
P. O Box 1858
Sacramento, CA 95812-1858
(916) 856-8000

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In Re:

Yong Chi

Case No: 25-20166-A-13C

PROOF OF SERVICE

I hereby certify that I am employed in the County of Sacramento, am over the age of eighteen years and am not a party to the within cause of action. My business address is P.O. Box 1858 Sacramento, California 95812-1858.

On September 25, 2025, I served the attached **NOTICE OF FILED CLAIMS** on the interested parties by placing a true copy thereof in a sealed envelope with the postage thereon fully prepaid with the Trustee's mail room personnel for mailing in the United States mail at Folsom, California in accordance with the Trustee's ordinary practices, addressed as set forth below:

Yong Chi
6117 Demonte Way Elk Grove, CA 95757

WOLFF & WOLFF
8861 WILLIAMSON DR SUITE 30 ELK GROVE, CA 95624

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/25/2025, at Folsom, California.

_Erika Johnson_
Erika Johnson